IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHN A. GADEKAN, for himself and as Personal Representative of Lola Gadeken Estate, Arnold W. Gadeken Estate, Arnold W. Gadeken Residuary Trust, | ) ) ) ) ) ) | 4:12CV3208 |
| | | **MEMORANDUM AND ORDER** |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| UNITED STATES DEPARTMENT OF AGRICULTURE, et al., | ) ) ) | |
| Defendants. | ) | |

Plaintiff, a non-prisoner, filed a Motion for Leave to Proceed In Forma Pauperis. (Filing No. 2.) Upon review of Plaintiff's Motion, the court finds that Plaintiff is financially eligible to proceed in forma pauperis.

IT IS THEREFORE ORDERED that leave to proceed in forma pauperis is provisionally granted, and the Complaint shall be filed without payment of fees.

DATED this 24th day of October, 2012.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge