IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHN A. GADEKAN, for himself and as Personal Representative of Lola Gadeken Estate, Arnold W. Gadeken Estate, Arnold W. Gadeken Residuary Trust, | ) ) ) ) ) ) | 4:12CV3208 |
| Plaintiff, | ) ) | |
| v. | ) ) | **MEMORANDUM AND ORDER** |
| UNITED STATES DEPARTMENT OF AGRICULTURE, et al., | ) ) ) | |
| Defendants. | ) | |

   This matter is before the court on its own motion. On December 3, 2012, the court issued a Memorandum and Order requiring Plaintiff to retain counsel by January 29, 2011. (Filing No. 5.) In doing so, the court warned Plaintiff that if he failed to retain counsel, this case will be dismissed without prejudice and without further notice for failure to state a claim upon which relief may be granted. (*Id.*)

   On December 19, 2012, Plaintiff filed a Motion for Reconsideration, which the court denied. (Filing Nos. 6 and 7.) Thereafter, Plaintiff requested two extensions of time to retain counsel. (Filing Nos. 8 and 10.) The court granted both requests for extension of time to retain counsel, but warned Plaintiff that no further extensions of time would be granted. (*See* Filing Nos. 9 and 11.) Pursuant to the extensions, Plaintiff had until May 14, 2013, to retain counsel. (*Id.*)

   The court's May 14, 2013, deadline has now passed and Plaintiff has not retained counsel. (*See* Docket Sheet.) Accordingly,

IT IS THEREFORE ORDERED that:

1. Plaintiff Complaint is dismissed without prejudice for failure to comply with this court's orders and for failure to state a claim upon which relief may be granted.

2. A separate judgment will be entered in accordance with this Memorandum and Order.

DATED this 24th day of May, 2013.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

2